# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| PUEBLO OF JEMEZ, a federally recognized Indian Tribe,<br><br>          Plaintiff-Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA<br>          Defendant-Appellee | Case No. 13-2181 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for the

PUEBLO OF JEMEZ, a federally recognized Indian Tribe

in the subject case(s).

Appellant/Petitioner

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

XXX  On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

___  There are no such parties, or any such parties have heretofore been disclosed to the court.

Randolph H. Barnhouse                                          _____
Name of Counsel                                                        Name of Counsel

/s/ Randolph H. Barnhouse                                      _____
Signature of Counsel                                                 Signature of Counsel

7424 4th St. N.W., Los Ranchos de Albuquerque 87107    _____
(505) 842-6123
Mailing Address and Telephone Number                   Mailing Address and Telephone Number

dbarnhouse@indiancountrylaw.com                         _____
E-Mail Address                                                            E-Mail Address

**A-5**  Entry of Appearance Form 10/09

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on:

(please insert date)  October 25, 2013 via (state method of service) Email and U.S. Mail. to:

MICHAEL H. HOSES, Civil Chief,
IGNACIA S. MORENO, Assistant Attorney General,
 KENNETH D. ROONEY, Trial Attorney,
 United States Department of Justice,
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044
E-mail: kenneth.rooney@usdoj.gov


*/s/ Randolph H. Barnhouse*
Randolph H. Barnhouse (Signature)

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PUEBLO OF JEMEZ, a federally recognized Indian Tribe,<br><br>  Plaintiff-Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA<br>  Defendant-Appellee | Case No.  13-2181 |

**Certificate of Interested Parties**

　　The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

　　(Attach additional pages if necessary.)

Thomas E. Luebben
Law Offices of Thomas E. Luebben
P.O. Box 1134
Sandia Park, NM  87047

Karl E. Johnson
Luebben Johnson & Barnhouse LLP
7424 4th St. N.W.
Los Ranchos de Albuquerque, NM 87107